MATTHEW CHOU (CABN 325199)
ALBERT B SAMBAT (CABN 236472)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice
Antitrust Division

450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102-3478
Telephone: (227) 228-5535
FAX: (415) 934-5399
matthew.chou@usdoj.gov

Attorneys for United States of America

FILED

OCT 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25 0311 YGR |
| Plaintiff, | MOTION FOR SEALING ORDER |
| v. | |
| CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a "Dong Fang International Containers"; CXIC GROUP CONTAINERS CO. LTD.; SINGAMAS CONTAINER HOLDINGS LTD.; BOLIANG MAI; TIANHUA HUANG a/k/a "T.H. Huang"; YONGBO WAN; QIANMIN LI; YUQIANG ZHANG a/k/a "James Zhang"; and VICK NAM HING MA a/k/a "Vick Ma", | UNDER SEAL |
| Defendants. | |

The United States by and through its counsel, Trial Attorneys Matthew Chou and Daniel Twomey, moves this Court for an order sealing the government's application for a sealing order, sealing order, Indictment, arrest warrants, and all attachments in the above-referenced case. Except for limited information-sharing for the law enforcement purposes described below, disclosure of the specified documents might jeopardize defendants' arrests.

MOTION FOR SEALING ORDER                    1

On or about October 2, 2025, the above-referenced Indictment was filed against the captioned defendants, and arrest warrants were placed under seal against the defendants who are natural persons (Boliang Mai, Tianhua Huang, Yongbo Wan, Qianmin Li, Yuqiang Zhang, and Vick Nam Hing Ma). To date, all six of these defendants are fugitives, and the government believes that they are in the People's Republic of China. The government hereby writes to request that the Court enter a limited unsealing order that permits the government to disclose the Indictment and arrest warrants to others within the United States government, as well as foreign officials, for the limited purposes of enabling the government to locate and apprehend the defendants, bring them to the United States, and to further the existing investigation.

Accordingly, the United States requests that the Court seal the government's application for a sealing order, the sealing order, the indictment, arrest warrants, and all attachments in the above-referenced case, except that the Clerk of Court shall provide copies of the sealed documents to employees of the U.S. Department of Justice's Antitrust Division and the United States Attorney's Office. The United States further requests that the U.S. Department of Justice's Antitrust Division be permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation, the United States Postal Service Office of Inspector General, and the General Services Administration Office of Inspector General. The United States lastly requests that the U.S. Department of Justice's Antitrust Division be permitted to disclose the Indictment and arrest warrants to others within the United States government, as well as foreign officials, for the limited purposes of enabling us to locate and apprehend the defendants, bring them to the United States, and to further the existing investigation.

DATED:  October 2, 2025

Respectfully submitted,

/s/ *Matthew Chou*
MATTHEW CHOU
DANIEL B. TWOMEY
Trial Attorneys
Antitrust Division, San Francisco Office
U.S. Department of Justice

MOTION FOR SEALING ORDER                    2