MATTHEW CHOU (CABN 325199)
ALBERT B SAMBAT (CABN 236472)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice
Antitrust Division

    450 Golden Gate Avenue
    Box 36046, Room 10-0101
    San Francisco, California 94102-3478
    Telephone: (227) 228-5535
    FAX: (415) 934-5399
    matthew.chou@usdoj.gov

Attorneys for United States of America

**FILED**

**OCT  2 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SEALED BY ORDER OF THE COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 25 0311** YGR |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | **UNDER SEAL** |
| CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a "Dong Fang International Containers"; CXIC GROUP CONTAINERS CO. LTD.; SINGAMAS CONTAINER HOLDINGS LTD.; BOLIANG MAI; TIANHUA HUANG a/k/a "T.H. Huang"; YONGBO WAN; QIANMIN LI; YUQIANG ZHANG a/k/a "James Zhang"; and VICK NAM HING MA a/k/a "Vick Ma", | |
| Defendants. | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, Indictment, arrest warrants, and all attachments in the above-referenced case shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the U.S. Department of Justice's Antitrust Division and the United States Attorney's Office.

[PROPOSED] SEALING ORDER         1

The U.S. Department of Justice's Antitrust Division is permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation, the United States Postal Service Office of Inspector General, and the General Services Administration Office of Inspector General.

The U.S. Department of Justice's Antitrust Division is also permitted to share these documents with others within the United States government, as well as foreign officials, for the limited purposes of enabling the United States government to locate and apprehend the defendants, bring them to the United States, and to further the existing investigation.

IT IS SO ORDERED.

DATED: 10/2/25

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge

[PROPOSED] SEALING ORDER                    2