AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of California

United States of America
v.
SINGAMAS CONTAINER HOLDINGS LTD.

*Defendant*

Case No. 25-CR-00311-YGR

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❒ Indictment ☑ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of Court

| | | | |
|---|---|---|---|
| Place: | Ronald V. Dellums Federal Building & United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom No.: | 4, 3rd Floor |
| | | Date and Time: | 12/15/2026 10:30 am |

This offense is briefly described as follows:

15 U.S.C. § 1 – Conspiracy in Restraint of Trade:
Output Restriction and Price Fixing

Date: 08/26/2026

Kandis Westmore
*Issuing officer's signature*

The Honorable Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

❒ Executed and returned this summons ❒ Returned this summons unexecuted

Date: ____________

*Server's signature*

*Printed name and title*

Case No. 25-CR-00311-YGR

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: Singamas Container Holdings Limited

Last known residence: ______________________

Usual place of abode *(if different from residence address):* ______________________

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: Siong Siong Teo; Wai Yee Winnie Siu; Winn Sit; Vick Nam Hing Ma; Daniel Zhang; Rebecca Pui King Chung and any recipients designated during MLAT process or by company counsel

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: 19th Floor, SUP Tower 75–83 King's Road Hong Kong;
The Adelphi, 1 Coleman St, #09-11 Singapore 179803

## PROOF OF SERVICE

This summons was received by me on *(date)* ______________ .

❒ I personally served the summons on this defendant ______________ at *(place)* ______________ on *(date)* ______________ ; or

❒ On *(date)* ______________ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❒ I delivered a copy of the summons to *(name of individual)* ______________ , who is authorized to receive service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❒ The summons was returned unexecuted because: ______________ .

I declare under penalty of perjury that this information is true.

Date returned: ______________

______________
*Server's signature*

______________
*Printed name and title*

Remarks: